

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00531-CV

**In re Certain Lis Pendens on 183.49 acres owned by Relator Hook N Bull Properties LLC 32.148 acres owned by Relator Grander Holdings, LLC, 539.25 acres owned by Relator FTS Ranch, LLC and 1289.26 acres owned by Relator Ponder Ranch, LLC**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Irene Rios, Justice
                Lori Massey Brissette, Justice

Delivered and Filed: July 29, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

This court has considered the petition for a writ of mandamus filed by Relators on July 9, 2026. The court concludes that Relators have not established entitlement to the relief sought. *See* TEX. R. APP. P. 52.8(a). Accordingly, Relators' petition for a writ of mandamus is denied.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 26-01-00009-CVK, styled *In Re: A Purported Lien or Claim Against: 183.49 acres owned by Hook N Bull Properties LLC, 32.148 acres owned by Grander Holdings, LLC, 539.25 acres owned by FTS Ranch, LLC, and 1289.26 acres owned by Ponder Ranch, LLC*, pending in the 81st Judicial District Court, Karnes County, Texas, the Honorable Russell Wilson presiding.